IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANK MATTHEWS, JR.,**

    **Petitioner,**

**v.**

**LISA J. HOLLINGSWORTH,**

    **Respondent.**                                      **Case No. 09-cv-234-DRH**

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is a Report and Recommendations ("R&R") (Doc. 13), issued on July 12, 2010, by United States Magistrate Judge Frazier recommending that Matthews' § 2241 habeas petition (Doc. 1) be denied and the habeas litigation dismissed. Upon issuance, the R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen days of service (*see* Doc. 13-2). Neither party has filed timely objections to the R&R. Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a *de novo* review. **Thomas v. Arn**, **474 U.S. 140, 149-52 (1985)**. Accordingly, the Court

**ADOPTS** the R&R (Doc. 13) in its entirety.  As such, petitioner Matthews' § 2241 habeas petition (Doc. 1) is **DENIED**, his habeas case against Respondent dismissed, the case filed to be closed.

      **IT IS SO ORDERED.**

    Signed this 10th day of August, 2010.

                                /s/   *David R Herndon*
                              **Chief Judge**
                              **United States District Court**