# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANK MATTHEWS, JR.,**

    Petitioner,

  v.

**LISA J. HOLLINGSWORTH,**

    Respondent.                       Case No. 09-CV-234-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on petitioner, Frank Matthews, Jr.'s Petition for Writ of Habeas Corpus pursuant to **28 U.S.C. §2241.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 10, 2010, the petition is **DENIED** and this case is **DISMISSED** with prejudice---------------------------------------------------------------------------------------------

                                            **NANCY J. ROSENSTENGEL,**
                                            **CLERK OF COURT**


                                        **BY:**       **/s/*Sandy Pannier***
                                                            **Deputy Clerk**

Dated: August 11, 2010


APPROVED: /s/ *David R Herndon*
                 CHIEF JUDGE
                 U. S. DISTRICT COURT