# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANK MATTHEWS, JR.**

     **Petitioner,**

**v.**

**LISA J. W. HOLLINGSWORTH,**

     **Respondent.**                   **No. 09-CV-234-DRH**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter came before the Court Report and Recommendation by United States Magistrate Judge Philip M. Frazier.

     **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on June 27, 2011, the petition is **DENIED** and this case is **DISMISSED** with prejudice.-------------------------------------------------------------------------------------

                                      **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                 **BY:**        **/s/*Sandy Pannier*
                                        **Deputy Clerk**

Dated: June 28, 2011

Digitally signed by
David R. Herndon
Date: 2011.06.28
15:02:28 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT